# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARI STANKIEWICZ BERRY, as Administratrix of the Estate of MICHAEL BERRY, deceased, Plaintiff, | : : : : : | CIVIL ACTION |
| v. | : : | |
| CITY OF PHILADELPHIA, et al., Defendants. | : : | No. 14-2608 |

## ORDER

**AND NOW**, this **20th** day of **May, 2016**, upon consideration of Defendants' Motion for Summary Judgment (Document No. 16), Plaintiff's response thereto, and Defendants' reply thereon, and for the reasons contained in this Court's Memorandum dated May 20, 2016, it is hereby **ORDERED** that:

1. The motion is **GRANTED** in part and **DENIED** in part as follows:

    a. The motion is **DENIED** as to Count I as to Defendant Boone.

    b. The motion is **DENIED** as to Count III.

    c. The motion is **GRANTED** as to all other counts.

2. The Court **DISMISSES** the case against Defendants Bellon and Mulvey.

BY THE COURT:

/s/ Berle M. Schiller

**Berle M. Schiller, J.**